UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANGEL SUAREZ,<br><br>              Defendant. | No. 11-cr-839 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED that the parties shall appear before the Court on September 29, 2021, at 10:00 a.m., at which time Supervisee will be presented on the specifications of violation of supervised release alleged in Probation's report dated September 16, 2021. IT IS FURTHER ORDERED THAT Gary Becker, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of this case. Mr. Becker is respectfully directed to file a notice of appearance in Case No. 11-cr-839.

Dated:    September 17, 2021
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation