UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANGEL SUAREZ,

Supervisee.

No. 11-cr-839 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's letter of October 28, 2021, in which it requests that the Court schedule a hearing to address the government's contemplated motion to revoke the Supervisee's supervised release. (Doc. No. 30.) In light of the circumstances brought to the Court's attention in the government's letter, IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, November 2, 2021, at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   October 29, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation