UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANGEL SUAREZ,<br><br>                Supervisee. | No. 11-cr-839 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the hearing held on November 2, 2021, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of his VOSR proceedings.

SO ORDERED.

Dated:         November 2, 2021
                  New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation