UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANGEL SUAREZ,

Supervisee.

No. 11-cr-839 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's January 31, 2022 letter (Doc. No. 43), which indicates that Supervisee is prepared to admit to the first specified violation of supervised release set forth in the Probation Office's September 16, 2021 violation report. Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday, February 17, 2022, at 11:00 a.m., at which time Supervisee is expected to admit to the first specified violation of supervised release; the Court will then conduct a hearing as to the remaining specifications. The proceeding shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   February 3, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation