LAW OFFICES OF

**GARY G. BECKER, P.L.L.C.**

40 FULTON STREET • 17th FLOOR

NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

February 4, 2022

The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

*Re: United States v. Angel Suarez, 11 Cr. 839 (RJS)*

Dear Judge Sullivan:

I respectfully submit this letter in response the Court's Order of February 3, 2022 (Doc. No. 44) directing the parties to appear before the Court on Thursday, February 17, 2022, at 11:00 a.m.   My wife and I have long-standing plans to be in Blacksburg, Virginia from February 17th to February 19th to visit our son, a student at Virginia Tech University, and to attend his performance on February 18th of a piano concerto with the university's symphony orchestra.   For these reasons, I respectfully request that the parties' appearance before the Court be rescheduled to a date on or after Monday, February 21, 2022.

Respectfully submitted,

Gary G. Becker

cc:  Matthew King, AUSA (by ECF)
     Daveena Tumasar, USPO (by email)

Supervisee's request to adjourn the proceeding currently scheduled for February 17, 2022 is GRANTED.  IT IS HEREBY ORDERED that the parties shall appear before the Court on Monday, February 28, at 11:00 a.m., at which time Supervisee is expected to admit to the first specified violation of supervised release; the Court will then conduct a hearing as to the remaining specifications.  The proceeding shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.  SO ORDERED.

**SO ORDERED:**

**Dated:** 02/04/2022        **RICHARD J. SULLIVAN**
                            **U.S.C.J., Sitting by Designation**