UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANGEL SUAREZ,

　　　　　　　　　Supervisee.

No. 11-cr-839 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

　　In light of the Probation Department's April 13, 2022 violation report, IT IS HEREBY ORDERED that the parties shall appear before the Court on Thursday, April 28, 2022, at 11:00 a.m., at which time Supervisee will be presented on the additional specifications of violation of supervised release.  The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:　　April 13, 2022
　　　　　New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation