**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

June 1, 2022

The Honorable Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

    *Re: United States v. Angel Suarez, 11 Cr. 839 (RJS)*

Dear Judge Sullivan:

    The Court has scheduled a status conference in this matter for June 6, 2022, at 3 p.m. I respectfully request that the matter be adjourned for approximately thirty days. The government has produced voluminous discovery relating to the additional VOSR specifications concerning a hit and run automobile accident (Specifications 6 and 7), most recently on May 17, 2022, following the Court's entry of a Protective Order. I have not yet completed my review of these materials or conferred sufficiently with Mr. Suarez about them or about the best way forward. Separately, as I noted at the last appearance, I am concerned about proceeding at this time with a resolution of the latest specifications given the government's reports that Mr. Suarez is the target of an active criminal investigation in the Bronx for the very conduct underlying those specifications.

    For these reasons, I respectfully request that the status conference be adjourned for approximately thirty-days. I have not yet heard back from Assistant United States Attorney Matthew King regarding his position on this request, but I have no reason to believe he would oppose it.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc: Matthew King, AUSA (by ECF)
    Daveena Tumasar, USPO (by email)

SO ORDERED:
Dated: 06/02/2022
RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation

Supervisee's request for an adjournment is GRANTED. IT IS HEREBY ORDERED that the parties shall appear for a conference before the Court on Wednesday, July 6, 2022 at 12:00 p.m. The conference shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.