UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANGEL SUAREZ,

Supervisee.

No. 11-cr-839 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on July 1, 2024, at 3:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 to present Supervisee on the alleged violations of the terms of his supervised release, as set forth in the Probation Office's June 13, 2024 report.

SO ORDERED.

Dated:       June 20, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation