UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ANGEL SUAREZ,

               Supervisee.

No. 11-cr-839 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    As stated on the record at the hearing held July 1, 2024, IT IS HEREBY ORDERED that Gary Becker is appointed as counsel *nunc pro tunc* from June 13, 2024 to represent Angel Suarez in the above-captioned matter, pursuant to 18 U.S.C. § 3006A.

SO ORDERED.

Dated:    July 1, 2024
             New York, New York

                                                                     _____
                                                                     RICHARD J. SULLIVAN
                                                                     UNITED STATES CIRCUIT JUDGE
                                                                     Sitting by Designation