UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANGEL SUAREZ,

           Supervisee.

No. 11-cr-839 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the attached email communications from both parties regarding the adjournment and rescheduling of the violation of supervised release sentencing scheduled for March 3, 2025 at 10:00 a.m. For the reasons stated in the government's email dated March 3, 2025, IT IS HEREBY ORDERED THAT the sentencing originally scheduled for March 3, 2025 at 10:00 a.m. will instead take place on Wednesday, March 5, 2025, at 2:30 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the personal contact information included in the attached email communications, the Court concludes that the presumption of open records has been overcome by the need to protect the privacy of the individuals included on the email correspondence. *See United States v. Amodeo*, 71 F.3d 1044, 1048-51 (2d Cir. 1995). Accordingly, the Court has authorized the redaction of the email addresses of the senders and recipients.

SO ORDERED.

Dated:    March 3, 2025
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: United States v. Angel Suarez, 11-cr-839, Scheduling Inquiry |
| **Date:** | Monday, March 3, 2025 9:51:38 AM |

**CAUTION - EXTERNAL:**

Good morning, ███,

As I explained earlier on the phone, I believe Mr. King's email is sufficiently clear and sufficiently complete such that an appearance by the parties is not needed this morning. I do wish to note that Mr. Suarez's mother and stepfather, who live in Newburgh, New York, drove to New York early this morning so as to be in attendance at the sentencing, and Mr. Marrero closed his barbershop for the day. Mr. Suarez remains unaware of why he was not produced this morning, as I believe the MDC remains on lockdown and I have not yet heard from him or been able to reach him.

I respectfully request that the Court reschedule sentencing soon and that it propose more than one date for the benefit of counsel's and Mr. Suarez's family's schedules.

Respectfully,

Gary G. Becker



**From:** ███
**Sent:** Monday, March 3, 2025 8:52 AM
**To:** King, Matthew (USANYS) ███; Gary Becker <███>; Urshala Herald <███>
**Cc:** ███
**Subject:** Re: United States v. Angel Suarez, 11-cr-839, Scheduling Inquiry

Good morning,

Thank you, Mr. King, for letting the Court know. Mr. Becker - please let us know if you'd still like to have the proceeding to put this on the record or whether you would like to adjourn.

Thank you.

Best,
Hannah



**From:** King, Matthew (USANYS) <​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Monday, March 3, 2025 7:30 AM
**To:** ; Gary Becker >; Urshala Herald <​​​​​​​​​​​​​​​​​​​​​>
**Cc:** <​​​​​​​​​​​​​​​​​​​​​>
**Subject:** Re: United States v. Angel Suarez, 11-cr-839, Scheduling Inquiry

**CAUTION - EXTERNAL:**

Hannah,

I just received word from the USMS that they cannot staff the production of Angel Suarez to court today and so he will not be produced. They told me that I added Mr. Suarez too late to the production list on Friday and they had already made their schedule for Monday by the time I added him around 6pm on Friday. This morning, I asked if there was anything that can be done to make this appearance happen, and they unfortunately said no.

I am very sorry about this and the inconvenience this causes the court, Probation, Mr. Becker, and Mr. Suarez. I didn't realize this was a problem until they told me this morning, otherwise I would have remedied it. Either way, it is my fault and I apologize for the problem.

Happy to proceed how the Court thinks best.

Respectfully,
Matthew King

Get Outlook for iOS

**From:** <​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, January 15, 2025 11:17:58 AM
**To:** King, Matthew (USANYS) <​​​​​​​​​​​​​​​​​​​​​>; Gary Becker <​​​​​​​​​​​​​​​​​​​​​>; Urshala Herald >